## Charles R. Kappes, Appellee, v. American Linseed Company, Appellant.

## Gen. No. 17,947.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. MAX H. EBERHARDT, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed with damages. Opinion filed October 9, 1913.

### Statement of the Case.

Action by Charles R. Kappes against American Linseed Company, a corporation, to recover commissions for selling certain real estate belonging to defendant. From a judgment for plaintiff for one thousand, two hundred and fifty dollars, defendant appeals.

WILLIAM C. HARTRAY and JOHNSON & BELASCO, for appellant.

GANN, PEAKS & TOWNLEY, for appellee; AMOS C. MILLER, of counsel.

MR. JUSTICE FITCH delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1463*—*when error in refusing to strike out testimony, harmless.* Where the evidence is such as to justify the conclusion that a different verdict could not be rendered, error in refusing to strike out certain testimony is immaterial.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

2. COSTS, § 67*—*when statutory damages warranted for prosecuting an appeal for delay.* Verdict and judgment *held* so clearly right as to justify statutory damages for prosecuting appeal for delay.